■ GEORGE MARTAKIS, Doing Business as ATHENS PAINTING & SAND-BLASTING CO., Respondent, v SAMUEL KOSOFF & SONS, INC., Appellant.—Order unanimously affirmed, with costs, for the reasons stated at Onondaga County Court, Burke, J. (Appeal from order of Onondaga County Court—work, labor and services.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Moule, JJ.

■ In the Matter of the Arbitration between PETTIBONE CORPORATION, Appellant, and INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL/CIO LOCAL LODGE NO. 1512, Respondent.—Order unanimously affirmed, with costs, for the reasons stated at Special Term, Murphy, J. (Appeal from order of Oneida Supreme Court—vacate arbitrator's award.) Present—Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, on the Complaint of MARY L. McLARY, Respondent, v MARINE MIDLAND BANK, Petitioner.—Petition unanimously granted to the extent that order of appeal board is annulled, on the law, with costs, and proceeding remitted to the board for a determination on the merits. (See *Matter of Navarro v State Human Rights Appeal Bd.,* 72 AD2d 680.) (Proceeding pursuant to Executive Law, § 298.) Present—Cardamone, J. P., Simons, Schnepp, Callahan and Witmer, JJ.

■ MIRIAM S. TROSKY, Appellant, v MARK MACMILLAN et al., Respondents. (Appeal No. 1.)—Order unanimously affirmed, without costs. (See *Erneta v Princeton Hosp.,* 49 NY2d 829.) (Appeal from order of Niagara Supreme Court—attachment.) Present—Cardamone, J. P., Simons, Schnepp, Callahan and Witmer, JJ.